[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-16039
Non-Argument Calendar
_____

D.C. Docket No. 2:09-cr-00465-CLS-HGD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CURTIS WAYNE EDWARDS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(October 30, 2012)

Before TJOFLAT, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

James O'Kelley, appointed counsel for Curtis Edward in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed

a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).    Our independent review of the entire record reveals that counsel's assessment of the relative merit of appeal is correct.    We have also reviewed Mr. Edwards' objection and supplemental objection to the *Anders* brief filed by Mr. O'Kelley, and conclude that (1) the argument concerning acceptance of responsibility is barred by the appeal waiver, and (2) any claims of ineffective assistance of counsel must be left to a proceeding pursuant to 28 U.S.C. § 2255 because of the undeveloped nature of the record.    Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mr. Edwards' conviction and sentence are **AFFIRMED.**